Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of bird's-foot trefoil seed (*Lotus corniculatus*) similar in all material respects to that the subject of *Transcontinental Seed, Inc. (Alltransport, Incorporated)* v. *United States* (29 Cust. Ct. 163, C. D. 1462), the claim of the plaintiffs was sustained.

**No. 57101.**—F. Lagomarsino & Sons and Frank P. Dow Co., Inc., et al. v. United States, protests 190368–K, etc. (San Francisco).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of bird's-foot trefoil seed (*Lotus corniculatus*) similar in all material respects to that the subject of *Transcontinental Seed, Inc. (Alltransport, Incorporated)* v. *United States* (29 Cust. Ct. 163, C. D. 1462), the claim of the plaintiffs was sustained.

**No. 57102.**—Vicente Larrauri v. United States, protest 188258–K (New York).

Opinion by EKWALL, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 57103.**—Arthur Minich v. United States, protest 192476–K (New York).

Opinion by EKWALL, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 57104.**—International Expediters, Inc. v. United States, protest 187364–K (New York).

Opinion by JOHNSON, J. At the trial an additional collector's memorandum was received in evidence. In the memorandum the collector conceded that since the transmittal of the protest to the court, the importer had supplied him with the record of outward manifest, which proved to be correct, and that had said information been in his possession at the time of the review of the protest, the drums would have been entitled to free entry under paragraph 1615, *supra*. In view of the collector's concession and following Abstracts 47521, 53676, and 53865, the claim of the plaintiff was sustained.